JEREMY W. FAITH (SBN 190647)
Email: *Jeremy@MarguliesFaithLaw.com*
MEGHANN A. TRIPLETT (SBN 268005)
Email: *Meghann@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 27 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY nbolte    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>DU SIK KANG,<br><br>    Debtor. | Case No.:  8:17-BK-12746-SC<br><br>Chapter:  7<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH WELLS FARGO BANK, N.A.**<br><br>[Fed. Bankr. P. 9019]<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court, having considered the "Motion for Order Authorizing Trustee to Compromise Controversy with Wells Fargo Bank, N.A. Memorandum of Points and Authorities; Declaration in Support Thereof" (the "Motion," Dkt. No. 34), the Declaration That No Party Requested a Hearing on Motion; determining that notice of the Motion was proper; finding that it appears in the best interest of this estate that the Chapter 7 Trustee enter into the compromise of controversy with Wells Fargo Bank, N.A. on the terms set forth in the "Stipulation for Entry of Judgment and Compromise of Controversy" (the "Stipulated Agreement") attached to the Motion as <u>Exhibit 1</u>, and authorizing entry of the order approving the Stipulated Judgment in favor of Wells Fargo, N.A. attached as <u>Exhibit 2</u> to the Motion, and good cause appearing, it is therefore

**ORDERED** as follows:

1. The Motion is granted;

2. The Chapter 7 Trustee is authorized to enter into the Stipulated Agreement attached to the Motion as <u>Exhibit 1</u>, and the Stipulated Judgment in the form as set forth in <u>Exhibit 2</u> to the Motion; and

3. The parties are authorized to take any and all steps necessary to effectuate the terms of the Stipulated Agreement.

###

Date: March 27, 2019

Scott C. Clarkson
United States Bankruptcy Judge